BURGESS v. BUSBY

   No. 196PA01

   Case below: 142 N.C. App. 393

   Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex motu 7 June 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 June 2001.

DAVIDSON v. UNIV. OF N.C. AT CHAPEL HILL

   No. 243P01

   Case below: 142 N.C. App. 544

   Motion by defendant for temporary stay allowed 20 May 2001.

FERRETIZ v. PARKWAY FORD, INC.

   No. 212P01

   Case below: 142 N.C. App. 522

   Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

IN RE DULA

   No. 266A01

   Case below: 143 N.C. App. 16

   Motion by respondent for temporary stay denied 7 June 2000. Petition by respondent for writ of supersedeas denied 7 June 2001.

JONES v. WEYERHAEUSER CO.

   No. 87P01

   Case below: 141 N.C. App. 482

   Motion by plaintiff to dismiss the appeal for lack of substantial constitutional question allowed 7 June 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001. Justice Edmunds recused.